# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PADMA VANJANI, an individual,<br><br>    Plaintiff,<br> v.<br>U.S. BANK N.A., a National Association; SELECT PORTFOLIO SERVICING, INC., a Utah Corporation; GUITY PARSI, an individual, PARSI GROUP REALTORS INC., a California Corporation; SUSANN ALTON, an individual; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | Case No.: 2:16-cv-04805-JAK-KS<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**JS-6** |

The Court having considered the *Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *Plaintiff* Padma Vanjani ("Plaintiff") and *Defendants* Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank, N.A., Successor Trustee To Bank of America, N.A., Successor to Lasalle Bank N.A., as Trustee, For The WAMU Mortgage Pass-Through Certificates, Series 2005-AR3 ("U.S. Bank") (collectively the

1

"Defendants," and together with Plaintiff, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the Complaint is hereby dismissed *with prejudice* as to Defendants.

**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including all attorney's fees, incurred in connection with this action.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated: October 20, 2017

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE